1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  REGINA IRENE VIERA, | Case No.  1:20-cv-01301-BAM |
| 12      Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO |
| 13      v. | PROCEED *IN FORMA PAUPERIS* |
| 14  COMMISSIONER OF SOCIAL SECURITY, | (Doc. No. 2) |
| 15      Defendant. | **THIRTY (30) DAY DEADLINE** |

16

17     On September 11, 2020, Plaintiff Regina Irene Viera ("Plaintiff"), proceeding through

18  counsel, filed the complaint in this action.  (Doc. No. 1.)  Plaintiff did not pay the filing fee and

19  instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Doc.

20  No. 2).  However, Plaintiff's application demonstrates that she may be receiving income well

21  above the poverty threshold, and the information is insufficient for the Court to determine if she

22  is entitled to proceed without prepayment of fees in this action.

23     Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed

24  in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is

25  unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in

26  full.

27     Based upon the foregoing, it is HEREBY ORDERED that:

28     1.     The Clerk of the Court is directed to forward an Application to Proceed in District

1

1  Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2       2      Within **thirty (30) days** of the date of this order, Plaintiff shall either (1) pay the

3  $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in

4  District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

5       3.     If Plaintiff fails to comply with this order, this action shall be dismissed.

6

7  IT IS SO ORDERED.

8     Dated:   **September 14, 2020**              /s/ *Barbara A. McAuliffe*

9                                          UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2