UNITED STATES DISTRICT COURT

| EASTERN | **District of** | CALIFORNIA |

REGINA IRENE VIERA,
Plaintiff

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

V.

COMMISSIONER of SOCIAL SECURITY,
Defendant

CASE
NUMBER:      **1:20-cv-01301-BAM**

Having considered the application to proceed without prepayment of fees under 28 USC §1915 and

the complaint having been filed in this action;

IT IS ORDERED that the application is:

✗GRANTED.

✗IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.
All costs of service shall be advanced by the United States.

☐DENIED, for the following reasons:

ENTER this      30      day of      September      ,   2020   .

*/s/ Barbara A. McAuliffe*

Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer