1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

| REGINA IRENE VIERA, | Case No.  1:20-cv-01301-JLT-BAM |
|---|---|
| Plaintiff, | ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED |
| v. | **RESPONSE DUE:   March 25, 2022** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

18       Plaintiff Regina Irene Viera ("Plaintiff") filed this action on September 11, 2020, seeking

19   review of the Commissioner of Social Security's denial of her applications for disability benefits.

20   (Doc. 1.)   On September 30, 2020, the Court entered a scheduling order in this action. (Doc. 7.)

21   Pursuant to the Court's scheduling order, Plaintiff is required to prosecute this action by filing an

22   opening brief within ninety-five (95) days following the Commissioner's service and filing of the

23   administrative record.  Plaintiff was warned that failure to comply with the Court's Scheduling

24   Order may result in sanctions pursuant to Local Rule 110.  (*Id.*)

25       On August 23, 2021, the Commissioner filed the administrative record.[1]  (Doc. 14.)

26   More than ninety-five (95) days have passed, and Plaintiff has not filed an opening brief.

27

28   [1]       Upon filing of the administrative record, the stay in this action was automatically lifted pursuant to General Order 615.  (*See* Doc. 15.)

1

Accordingly, Plaintiff is HEREBY ORDERED to SHOW CAUSE why this action should not be dismissed for Plaintiff's failure to comply with the Court's scheduling order and Plaintiff's failure to prosecute this action.  Plaintiff shall file a written response to this order to show cause no later than **March 25, 2022.**  Plaintiff also may comply with this order by filing an opening brief.

**Plaintiff is forewarned that failure to respond to this order to show cause will result in the dismissal of this action for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

Dated:   **March 11, 2022**                    /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE