1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9
10

EASTERN DISTRICT OF CALIFORNIA

11 REGINA IRENE VIERA,

Case No.  1:20-cv-01301-JLT-BAM

12          Plaintiff,

ORDER DISCHARGING ORDER TO SHOW
CAUSE WHY THE ACTION SHOULD NOT
BE DISMISSED

13     v.

14 COMMISSIONER OF SOCIAL SECURITY,

(Doc. 21)

15          Defendant.

16
17

18       On March 11, 2022, the Court ordered Plaintiff Regina Irene Viera ("Plaintiff") to show

19 cause why this action should not be dismissed for Plaintiff's failure to comply with the Court's

20 Scheduling Order and failure to prosecute this action.  The Court directed Plaintiff to file a

21 written response no later than March 25, 2022.  Alternatively, the Court indicated that Plaintiff

22 could comply with the show cause order by filing an opening brief.  (Doc. 21.)

23       On March 14, 2022, Plaintiff filed a response to the show cause order, requesting

24 clarification of the Scheduling Order or an extension of time to file her motion for summary

25 judgment.  Plaintiff indicates that she served her letter brief on Defendant in compliance with the

26 Court's Scheduling Order on September 22, 2021.  (Doc. 22.)

27 ///

28

1

1    On March 14, 2022, Defendant Commissioner of Social Security filed a reply to

2  Plaintiff's response.  According to the reply, upon reassignment of the case to current defense

3  counsel, counsel was unaware that a letter brief had been served.  Upon learning about service of

4  the letter brief, Defendant immediately reviewed the issues in Plaintiff's letter brief and served

5  Plaintiff with a response concurrent with the filing of the instant reply.  (Doc. 24.)

6    Having considered the parties' statements, the order to show cause issued on March 11,

7  2022, is HEREBY DISCHARGED.  Pursuant to the Court's Scheduling Order, in the event the

8  parties have not agreed to a remand, within thirty (30) days of service of Defendant's response to

9  Plaintiff's letter brief, Plaintiff shall file her opening brief.  (*See* Doc. 7.)

10

IT IS SO ORDERED.

11

12    Dated:   **March 15, 2022**          /s/ *Barbara A. McAuliffe*         _

13                                                     UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2