PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| REGINA VIERA, | Civil No. 1:20-cv-01301-JLT-BAM (SS) |
|     Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE** |
|     v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
|     Defendant. | |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of 30 days to respond to Plaintiff's Opening Brief in this case.  In support of this request, the Commissioner respectfully states as follows:

1. The Commissioner's response to Plaintiff's Opening Brief is due July 13, 2022.  This is Defendant's first request for an extension of this deadline.

2. Counsel for the Commissioner is consulting with his client about the defensibility of this case.  Counsel for the Commissioner believes that this short extension may resolve this matter without necessitating this Court to address the merits of this matter.  Moreover, this brief extension would conserve judicial time and resources should the Parties be able to resolve this matter.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

4. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until August 12, 2022, respond to Plaintiff's Opening Brief.

Date: *July 14, 2022*            PEÑA & BROMBERG, PLC

                                 By:    */s/ Caspar Chan for Jonathan Pena\**
                                 JONATHAN PENA
                                 *Authorized by email on July 14, 2022*
                                 Attorneys for Plaintiff

Date: *July 14, 2022*            PHILIP A. TALBERT
                                 United States Attorney
                                 Eastern District of California

                                 By:    */s/ Caspar Chan*
                                 CASPAR CHAN
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, and for cause shown, including the conservation of judicial and party resources, the Commissioner's request for an extension of time to respond to Plaintiff's Opening Brief is GRANTED. The Commissioner shall file an opposition to Plaintiff's Opening Brief on or before August 12, 2022. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: **July 14, 2022**            /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE